# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY EDWIN OYLER, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A BERRYHILL, Deputy Commissioner of Social Security for Operations, <br><br> Defendant. | CASE NO. 3:17-CV-05784-DWC <br><br> ORDER ON MOTION FOR ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §§ 2412 (d), 1920 |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 5. This matter is before the Court on "Plaintiff's Unopposed Motion for Attorney Fees under the Equal Access to Justice Act." Dkt. 15.

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's motion (Dkt. 15), and the relevant record, the Court orders EAJA attorney's fees of $7,537.05 and costs, pursuant to 28 U.S.C. § 1920, in the amount of $400.00 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Karl E. Osterhout, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel, Karl E. Osterhout, Osterhout Disability Law, LLC, 521 Cedar Way, Suite 200, Oakmont, PA 15139.

Dated this 11th day of July, 2018.

David W. Christel
United States Magistrate Judge

ORDER ON MOTION FOR ATTORNEY FEES
AND COSTS PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT, 28 U.S.C. §§ 2412 (D),
1920 - 2